UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| A.M., by and through SHAWNA R. MUNDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO.  1:11-cv-929-WTL-DKL |
| ) | |
| ACCOUNTS RECOVERY BUREAU, INC., ) | |
| ) | |
| Defendant. ) | |

## ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's Motion for Assessment of Attorney's Fees and Costs.  The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed.  The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.  Accordingly, the Court finds that the Plaintiff's costs, including a reasonable attorney fee, total $2,680.00.

**Within 14 days of the date of this Entry,** the Defendant shall pay the Plaintiff the amount of $3,680.00. pursuant to its settlement offer.[1]  **Within 21 days of the date of this Entry**, the parties shall file a stipulation of dismissal with prejudice.

SO ORDERED:   08/28/2012

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification

---

[1] The Defendant purported to make an offer of judgment pursuant to Federal Rule of Civil Procedure 68 in the amount of $1,000.00 plus costs, including reasonable attorney fees.  Despite what the parties call it, it was not an offer of judgment because the parties have not agreed to have judgment entered; rather, they have agreed to dismiss this case, with prejudice, once the Defendant has paid the amount it owes the Plaintiff.